UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 10-3849

ERICK RODOLFO OLIVA-RAMOS,
                                        Petitioner

v.

ATTORNEY GENERAL OF THE UNITED STATES,
                                        Respondent

On Petition for Review of a Final Order
of the Board of Immigration Appeals
Immigration Judge: The Honorable Linda S. Wendtland
(No. A088-231-019)

Argued: November 16, 2011

Before: McKEE, *Chief Judge*, RENDELL and AMBRO,
                *Circuit Judges*

**ORDER AMENDING OPINION**

  **IT IS HEREBY ORDERED** that the Slip Opinion filed in this case on September

13, 2012, be amended as follows:

  On page 2, delete the section identifying the attorney for *Amicus Curiae*,

AMERICAN CIVIL LIBERTIES UNION, and replace it with the following:

    TIMOTHY E. HOEFFNER, ESQ.
    DLA Piper LLP (US)
    One Liberty Place
    1650 Market Street, Suite 4900
    Philadelphia, PA 19103

    Counsel for *Amici Curiae*, LATINOJUSTICE PRLDEF,
    AMERICAN CIVIL LIBERTIES UNION, AMERICAN
    CIVIL LIBERTIES UNION OF NEW JERSEY, ASIAN

1

AMERICAN LEGAL DEFENSE AND EDUCATION FUND, CARDOZO IMMIGRATION JUSTICE CLINIC and CATHOLIC CHARITIES OF THE ARCHDIOCESE OF NEWARK, in support of Petitioner

**IT IS SO ORDERED,**

By the Court:

/s/ Theodore A. McKee
Chief Judge

Dated:     October 18, 2012